# UNITED STATES BANKRUPTCY COURT
# WESTERN DIVISION OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 25-30194 |
| **Charles Evan Selman.** ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

## REPORT OF SALE

Now comes Melanie D. Johnson Raubach, the Chapter 7 Trustee (the "Trustee") appointed and serving herein, and provides the following report of sale of a certain asset of the Debtor pursuant to that certain *Order Approving Motion for Approval of Auction Marketing Agreement and to Sell Free and Clear of any Interests in Property* entered July 18, 2025 [Doc. 35]:

| Asset: | 2025 Derette V 1000 Mini Skidsteer |
|---|---|
| Auction Location: | On-line at www.ironhorseauction.com |
| Auction Closing Date: | September 23, 2025 |
| | |
| Gross Sale Proceeds | $11,250.00 |
| Auctioneer's Expense | $    500.00 |
| **Balance to Debtor's Estate/Trustee** | **$10,750.00** |

Dated: Charlotte, North Carolina
October 28, 2025

HAMILTON STEPHENS
STEELE + MARTIN, PLLC

 */s/ Melanie D. Johnson Raubach*
Melanie D. Johnson Raubach (Bar No. 41929)
525 North Tryon Street, Suite 1400
Charlotte, NC  28202
Telephone: (704) 344-1117
Facsimile:  (704) 344-1483
mraubach@lawhssm.com

4927-8038-0525, v. 1