# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 25-30194  
**Case Name:** Charles Evan Selman  
**For Period Ending:** 12/31/2025

**Trustee Name:** (530640) Melanie J. Raubach  
**Date Filed (f) or Converted (c):** 02/28/2025 (f)  
**§ 341(a) Meeting Date:** 04/02/2025  
**Claims Bar Date:** 08/14/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 4318 Sunrise Drive, Kannapolis, NC 28083-0000, Cabarrus County | 693,408.00 | 254.06 | | 0.00 | FA | 569,745.94 | 123,408.00 |
| 2 | 2023 Ford F350, 15,000 miles | 65,000.00 | 0.00 | | 0.00 | FA | 87,460.00 | 0.00 |
| 3 | 2013 Ford Mustang, 9,500 miles | 30,000.00 | 0.00 | | 0.00 | FA | 38,267.00 | 0.00 |
| 4 | 2023 Chevy 3500, 9,000 miles | 50,000.00 | 0.00 | OA | 0.00 | FA | 75,000.00 | 0.00 |
| 5 | 2012 International Durastar 4400 Grapple truck, 250,000 miles | 5,000.00 | 0.00 | OA | 0.00 | FA | 47,000.00 | 0.00 |
| 6 | 2015 Freightliner, 200,000 miles | 100,000.00 | 100,000.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 7 | 2019 Hino truck, 80,000 miles | 50,000.00 | 0.00 | OA | 0.00 | FA | 80,000.00 | 0.00 |
| 8 | 2020 Chaparral 237ssi | 35,000.00 | 0.00 | | 0.00 | FA | 51,172.82 | 0.00 |
| 9 | livingroom furniture $300, bedroom furniture $300, kitchen table and chairs $50, kitchen appliances $100, extra bedroom $200, misc wall hangings and decor $200, desk & chair $100 | 625.00 | 0.00 | | 0.00 | FA | 0.00 | 625.00 |
| 10 | televisions $200, home computer $25, tablet $25, printer $50 | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 150.00 |
| 11 | personal clothes | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 12 | wedding band | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 13 | misc household tools | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 14 | checking: Wells Fargo #5279 | 455.91 | 0.00 | | 0.00 | FA | 0.00 | 455.91 |
| 15 | checking: Wells Fargo #5113 | 8,466.01 | 6,523.85 | | 6,523.85 | FA | 0.00 | 1,942.16 |
| 16 | savings: Wells Fargo #3939 | 300.01 | 0.00 | | 0.00 | FA | 0.00 | 300.01 |
| 17 | savings: Wells Fargo #9787 | 126.54 | 0.00 | | 0.00 | FA | 0.00 | 126.54 |
| 18 | savings: Wells Fargo #0345 | 88.56 | 0.00 | | 0.00 | FA | 0.00 | 88.56 |
| 19 | checking: Chase #0135 | 4.75 | 0.00 | | 0.00 | FA | 0.00 | 4.75 |
| 20 | Edward Jones brokerage account #19-1-5 | 1,843.52 | 0.00 | | 0.00 | FA | 0.00 | 1,932.07 |
| 21 | 100% owner of Mulch Max, LLC. Company performs mulch installation, landscaping and tree removal services. LLC has total debts of over $500,000. Ongoing revenue is insufficient to support ongoing operations. Debtor has sunk over $100,000 more into the business over the past year to try to stay afloat. There is around $12,000 in the business checking. The last 6 months' expenses have exceeded revenue by over $80,000. Debtor plans to surrender most of the equipment and pare down operations in a last ditch effort to stay in business. Debtor has started taking $1,500 weekly draws. Compnay has no net value., 100% ownership | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22 | Ret. or Pension Acct.: Edward Jones Roth IRA | 10,902.31 | 0.00 | | 0.00 | FA | 0.00 | 10,902.31 |

**Form 1**

## Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case No.:** 25-30194  
**Case Name:** Charles Evan Selman  
**For Period Ending:** 12/31/2025

**Trustee Name:** (530640) Melanie J. Raubach  
**Date Filed (f) or Converted (c):** 02/28/2025 (f)  
**§ 341(a) Meeting Date:** 04/02/2025  
**Claims Bar Date:** 08/14/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 23 | NYLife Insurance Co. of Arizona #5936 - 10 year level term - no cash value - $1.5 million death benefit: spouse | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 24 | kids ATV | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 150.00 |
| 25 | 2025 Derette V 1000 Mini Skid Steer, 25HP Kubota Diesel<br>6/23/25 Trustee's Objection to Claim of Lendmark Financial Services, LLC [Doc. 34] | 8,000.00 | 8,000.00 | | 10,750.00 | FA | 0.00 | 0.00 |
| 26 | 2021 Ditchwitch SK900 | 15,000.00 | 0.00 | OA | 0.00 | FA | 29,000.00 | 0.00 |
| 27 | 2020 Nifty Lift SD50 | 20,000.00 | 0.00 | OA | 0.00 | FA | 45,000.00 | 0.00 |
| 28 | small machines | 3,000.00 | 0.00 | OA | 0.00 | FA | 8,000.00 | 0.00 |
| 29 | 2023 Rayco Stump Grinder | 80,000.00 | 0.00 | OA | 0.00 | FA | 150,000.00 | 0.00 |
| 30 | 2021 Finn MB50 | 60,000.00 | 0.00 | OA | 0.00 | FA | 93,000.00 | 0.00 |
| 31 | 2019 Cat908M | 50,000.00 | 0.00 | OA | 0.00 | FA | 80,000.00 | 0.00 |
| 32 | 2015 Freightliner & 2023 Finn MBX10 | 200,000.00 | 0.00 | OA | 0.00 | FA | 290,000.00 | 0.00 |
| 33 | 2022 Bobcat Mower | 5,000.00 | 0.00 | OA | 0.00 | FA | 12,000.00 | 0.00 |
| 34 | 2015 Rotochopper CP118 | 25,000.00 | 0.00 | OA | 0.00 | FA | 50,000.00 | 0.00 |
| 35 | Bobcat Mower | 7,000.00 | 0.00 | OA | 0.00 | FA | 10,747.62 | 0.00 |
| 36 | 2018 Bobcat Skidsteer | 35,000.00 | 0.00 | OA | 0.00 | FA | 40,000.00 | 0.00 |
| **36** | **Assets Totals (Excluding unknown values)** | **$1,559,920.61** | **$114,777.91** | | **$17,273.85** | **$0.00** | **$1,756,393.38** | **$140,485.31** |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

6/30/25: Trustee is selling Debtor's 2025 Derette V 1000 Mini Skidsteer through an auctioneer. An objection to the claim filed in connection with the 2025 Derette V 1000 Mini Skidsteer is pending. The claims bar date is August 2025, and Trustee will review additional claims at that time.

12/31/25: Orders approving auctioneer agreement, sale of property, and objection to claim no. 4 were entered. On 8/8/25, Debtor paid non-exempt equity in bank accounts to the Trustee. Trustee met with accountant for estate and filed Motion to Abandon certain property, which was approved. On 9/23/25 Trustee sold the 2025 Derette V 1000 Mini Skidsteer at auction and, pursuant to Order, paid the Auctioneer fees on 12/15/25. Trustee will finalize review of claims filed and coordinate with accountant for estate re: potential tax liability. Following completion of tax review, Trustee will prepare TFR.

**Initial Projected Date Of Final Report (TFR):** 12/31/2025     **Current Projected Date Of Final Report (TFR):** 05/29/2026

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 3

**Case No.:** 25-30194  
**Case Name:** Charles Evan Selman

**For Period Ending:** 12/31/2025

**Trustee Name:** (530640) Melanie J. Raubach  
**Date Filed (f) or Converted (c):** 02/28/2025 (f)  
**§ 341(a) Meeting Date:** 04/02/2025  
**Claims Bar Date:** 08/14/2025

01/30/2026  
Date

/s/Melanie J. Raubach  
Melanie J. Raubach

Copy Served On: Shelley K. Abel  
Bankruptcy Administrator

Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 25-30194 | Trustee Name: | Melanie J. Raubach (530640) |
|---|---|---|---|
| Case Name: | Charles Evan Selman | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6521 | Account #: | ******8491 Checking |
| For Period Ending: | 12/31/2025 | Blanket Bond (per case limit): | $6,815,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/08/25 | {15} | Charles Evan Selman | Non-exempt equity from Debtor's Wells Fargo Acct 5113 | 1129-000 | 6,523.85 | | 6,523.85 |
| 11/04/25 | {25} | Iron Horse Auction Co., Inc. | Sale of Derette V 1000 Mini Skidsteer per Order Authorizing Sale at Doc 35 | 1129-000 | 10,750.00 | | 17,273.85 |
| 11/24/25 | 101 | Iron Horse Auction Co., Inc. | Payment of Commission Per Order at ECF 46 | 3610-000 | | 1,125.00 | 16,148.85 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 2 | Deposits | 17,273.85 | 1 | Checks | 1,125.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 17,273.85 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 1,125.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 17,273.85 | | | |

Page Subtotals:    $17,273.85    $1,125.00

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 25-30194 | **Trustee Name:** | Melanie J. Raubach (530640) |
| **Case Name:** | Charles Evan Selman | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6521 | **Account #:** | ******8491 Checking |
| **For Period Ending:** 12/31/2025 | | **Blanket Bond (per case limit):** | $6,815,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $17,273.85 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $17,273.85 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8491 Checking | $17,273.85 | $1,125.00 | $16,148.85 |
| | **$17,273.85** | **$1,125.00** | **$16,148.85** |

| | |
|---|---|
| 01/30/2026 | /s/Melanie J. Raubach |
| Date | Melanie J. Raubach |